976 So.2d 1281 (2008)
STATE ex rel. HOUSTON
v.
STATE of Louisiana.
No. 2007-KH-1058.
Supreme Court of Louisiana.
February 22, 2008.
In re Houston, Desmond;Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of Jefferson, 24th Judicial District Court Div. E, No. 00-6157; to the Court of Appeal, Fifth Circuit, No. 07-KH-233.
Denied La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93 2330 (La.9/5/95), 600 So.2d 1189; State v. Parker, 98-0256 (La.5/8/98), 711 So.2d 694.